UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Acosta,

                       Plaintiff(s),

       -against –

The City of Peekskill Section 8 Department et al,
                       Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:23-CV-03106 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: December 11, 2023
      White Plains, New York

                                               CATHY SEIBEL, U.S.D.J.